1
2
3
4
5
# UNITED STATES DISTRICT COURT
6
## EASTERN DISTRICT OF CALIFORNIA
7

8
FLETCHER SAM,                          )  1:05-cv-00426-AWI-TAG HC
                                       )
                    Petitioner,        )  ORDER   GRANTING   RESPONDENT'S
9                                      )  MOTION FOR EXTENSION OF TIME TO FILE
                                       )  ANSWER (Doc. 7)
10        v.                           )
                                       )
11                                     )
PAUL M. SCHULTZ,                       )
12                                     )
                    Respondent.        )
13  _____   )

14
15        Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28

U.S.C. § 2241.
16
17        On December 12, 2005, the Court ordered Respondent to file an answer.  (Doc. 5).  On

February 3, 2006, Respondent requested an extension of time of thirty days in which to respond.
18
(Doc. 7).  Good cause appearing therefor, Respondent motion for an extension of time (Doc. 7), is
19
20  HEREBY GRANTED.  Respondent has thirty (30) days from the date of service of this order within

which to file his answer.
21
22
23  IT IS SO ORDERED.

Dated:    **February 17, 2006**                          _____
24  **j6eb3d**                                                    **/s/ Theresa A. Goldner**
                                                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28