IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER SAM,<br><br>                Petitioner,<br>    v.<br><br>WARDEN PAUL M. SCHULTZ,<br><br>                Respondent. | CIV F 05-426 AWI TAG  HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION ON PETITIONER'S MOTION TO DISMISS AND CLOSING CASE |

      Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On February 22, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended Petitioner's motion for voluntary dismissal without prejudice be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order.  Over ten (10) days have passed and no party has filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 22, 2007, is ADOPTED IN FULL;
2. Petitioner's Motion to Dismiss Without Prejudice is GRANTED; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    March 22, 2007**             /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE